United States District Court
Southern District of Texas
**ENTERED**
March 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUBY ROBINSON CO., INC, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:19-CV-314 |
| CHAMPIONS PRODUCE LLC, *et al*, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed March 4, 2019, (Doc # 13), it is hereby ORDERED that this action be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED. 03/05/2019.

_____
The Honorable Alfred H. Bennett
United States District Judge